IN RE: GREGORY ARNOLD  
5711 WILMER  
WESTLAND, MI 48185

Case No.: 04-42450-MBM  
Judge: MARCI B. MCIVOR

## TRUSTEE'S FINAL ACCOUNTING AND REPORT AND PROOF OF SERVICE

### DISCHARGED

SSN#1 - XXX-XX-8849  
SSN#2 -

This Case was commenced on 01/30/2004

The Plan was Confirmed on 04/29/2004

The Case was concluded on 01/12/2009

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the trustee by or for the Debtor for the benefit of creditors: $99,986.58

| DISBURSEMENTS TO CREDITORS CREDITOR NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE CORP NOA | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| CONSUMERS ENERGY CO | UNSECURED | 307.61 | 307.61 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS TR FR CHASE | Mortgage Arrears | 15,689.96 | 15,689.96 | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS TR FR CHASE/ESCR** | CURR MTG | 0.00 | 77,288.82 | 0.00 | 0.00 |
| DTE ENERGY DTE | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE OF MICHIGAN CD 99 | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |
| GREGORY ARNOLD | REFUND | 1,242.36 | 1,242.36 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMT. ALLOW | 92,978.78 | 0.00 | 307.61 | | 1,242.36 | 94,528.75 | TOTAL PAID |
| PRIN. PAID | 92,978.78 | 0.00 | 307.61 | | 1,242.36 | 94,528.75 | PRIN. AND INT. |
| INT. PAID | 0.00 | 0.00 | 0.00 | | | 0.00 | 94,528.75 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JOHN A STEINBERGER & ASSOC PC | 1,814.25 | 1,814.25 |

COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION:

| FILING FEE & DEPOSIT | TRUSTEE EXP. & COMPENSATION FUND | OTHER COST | |
|---|---|---|---|
| 0.00 | 3,643.58 | 0.00 | 3,643.58 |

CASE NO: 04-42450-MBM            GREGORY ARNOLD

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging David Wm. Ruskin as Trustee and releasing David Wm. Ruskin and his surety from any and all liability on account of the within proceedings, and for such other and further relief as is just.

DATED: 01/30/2009

/s/ David Wm. Ruskin
David Wm. Ruskin

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of this document was mailed to the following by First Class Mail:

GREGORY ARNOLD
5711 WILMER
WESTLAND, MI 48185

I hereby certify that on the date indicated below, a copy of this document was filed electronically with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

John A Steinberger & Assoc Pc
17515 W Nine Mile Rd #420
Southfield MI 48075

United States Trustee
211 West Fort Street Ste 700
Detroit MI 48226

DATED: January 30, 2009

/s/ Jayme L. Clark
Jayme L. Clark
Office of the Ch. 13 Standing Trustee - David Wm. Ruskin
26555 Evergreen Road
Suite 1100
Southfield, MI 48076
(248)352-7755

Page 2 of 2
04-42450-mbm    Doc 39    Filed 01/30/09    Entered 01/30/09 08:54:24    Page 2 of 2